IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BEN OPHEIKENS, dba OUTLAW SALOON,<br><br>Defendant. | MEMORANDUM DECISION AND ORDER GRANTING DEFENDANT'S COUNSEL'S MOTION TO WITHDRAW<br><br>Case No. 1:10-CV-28 TS |

Defendant's counsel Joel Kenny moves to withdraw. Counsel's Motion complies with the Local Rule, his client consents, and has been informed of all pending deadlines. It is therefore

ORDERED that Joel Kenny's Motion for Leave to Withdraw as Counsel for the Defendant (Docket No. 13) is GRANTED. It is further

ORDERED that withdrawing counsel shall give prompt notice of the entry of this order to his former client in accordance with DUCivP 83-1.4(a)(1). It is further

1

ORDERED that within 21 days of the entry of this Order, Defendant Ben Opheikens dba Outlaw Saloon shall notify the clerk of court of the appointment of another attorney or of his decision to appear pro se.  If he appears pro se, he shall notify the clerk of court of his address in accordance with DUCivR 83-1.3.

The Local Rules are available on the District Court's internet site, www.utd.uscourts.gov, under "Rules."

DATED   June 25, 2010.

BY THE COURT:

_____
TED STEWART
United States District Judge